# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILBERT JOHNSON                                                                         PLAINTIFF

V.                                  5:05CV00125   GH/HDY

BROWN *et al.*                                                                DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge George Howard, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff initiated this § 1983 action by filing a Complaint (docket entry # 2), alleging claims arising out of his incarceration in the Arkansas Department of Correction. Shortly thereafter Plaintiff notified the Court of his new address following his release from custody, and a pre-jury evidentiary hearing has been scheduled for March 13, 2006 (docket entry #35). However, the Court's attempts to notify Plaintiff of this court date have been returned as undeliverable (docket entry #37) and attempts to reach Plaintiff at the telephone number he had previously provided have been equally unsuccessful.

Plaintiff has been previously cautioned of the requirements of Local Rule 5.5(c)(2), which provides that if any communication from the Court to a *pro se* litigant is not responded to within

thirty days, the case may be dismissed without prejudice. Under these circumstances, the Undersigned recommends that this case be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995)("District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and we review the exercise of this power for abuse of discretion.")

IT IS THEREFORE RECOMMENDED that Plaintiff's Complaint (docket entry #2) be DISMISSED WITHOUT PREJUDICE.

DATED this  31  day of    January   , 2006.

_____
UNITED STATES MAGISTRATE JUDGE