IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILBERT JOHNSON                                                                          PLAINTIFF

V.                                      5:05CV00125  GH/HDY

BROWN *et al.*                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute as directed in Local Rule 5.5(c)(2).

2.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 16th day of February, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE