IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILBERT JOHNSON                                                                    PLAINTIFF

5:05CV00125 GH/HDY

KELVIN BROWN, et al                                                              DEFENDANTS

ORDER

The Court has determined a transcript is necessary in the instant case. The Clerk of the Court is directed to issue a check to Robin Warbritton, Transcriber, in the amount of $85.80 for the transcript submitted on January 10, 2007.

IT IS SO ORDERED THIS __12__ day of January 2007.

_____
United States District Judge George Howard, Jr.