# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILBERT JOHNSON                                                          PLAINTIFF

V.                         NO: 5:05CV00125 GH/HDY

KELVIN BROWN *et al.*                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of January, 2007.

                                                                   /s/ George Howard, Jr.
                                                                   UNITED STATES DISTRICT JUDGE